UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-CV-1992 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| DESERT SANDS VILLAS HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Bank of America, N.A. v. Desert Sands Villas Homeowners' Association et al,* case no. 2:16-cv-01992-JCM-NJK.

On May 10, 2019, the court granted plaintiff Bank of America, N.A.'s ("plaintiff") motion for reconsideration, thereby resolving all pending claims in this matter. (ECF No. 44). On June 12, 2019, the court signed and entered plaintiff's proposed judgment. (ECF No. 46).

As there are no further issues to resolve, the court will close the case.

Accordingly,

IT IS SO ORDERED.

The clerk of court is instructed to close the case.

DATED June 18, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**